**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

MAR 14 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-30084 |
| Plaintiff-Appellee, | D.C. No. 6:09-cr-60105-MC |
| v. | |
| RANDY ARLAN MAINWARING, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Michael J. McShane, District Judge, Presiding

Submitted March 8, 2017**

Before:     LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

Randy Arlan Mainwaring appeals from the district court's judgment and

challenges the 28-month sentence imposed upon his third revocation of supervised

release.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Mainwaring contends that his sentence is substantively unreasonable.  The

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

district court did not abuse its discretion in imposing Mainwaring's sentence. *See*

*Gall v. United States*, 552 U.S. 38, 51 (2007). The above-Guidelines sentence is

substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and

the totality of the circumstances, including Mainwaring's repeated breaches of the

court's trust and his unsuitability for supervised release. *See Gall*, 552 U.S. at 51;

*United States v. Simtob*, 485 F.3d 1058, 1062-63 (9th Cir. 2007).

**AFFIRMED.**